# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1381

_____

GEORGE C. EDWARDS, III, JENA
PROPERTIES, LLC, and
STEINHATCHEE DEVELOPMENT,
LLC,

    Petitioners,

    v.

JOHN P. TALIAFERRO,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 14, 2024

PER CURIAM.

    DISMISSED.

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kevin K. Dixon of Kevin K. Dixon, P.A., Inverness, for Petitioners.

No appearance for Respondent.